Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs. | Case No. 2:16-cv-02712-RFB-CWH<br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**(FIRST REQUEST)** |

DMWEST #17414066 v1

| | |
|---|---|
| 1 | U.S. BANK N.A., SUCCESSOR |
| 2 | TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, |
| 3 | N.A., AS TRUSTEE, ON BEHALF OF THE |
| 4 | HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH |
| 5 | CERTIFICATES, SERIES 2006-AR16 TRUST; THE MIDORA TRUST FUND, |
| 6 | DAHN MIDORA, TRUSTEE OF THE TRUST; and JPMORGAN CHASE |
| 7 | BANK, N.A., SUCCESSOR IN INTEREST BY PURCHASE FROM THE |
| 8 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF |
| 9 | WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK FA, |
| 10 | |
| 11 | Counter/Cross-Defendants. |

Pursuant to Local Rule 26-4 and the Court's November 2, 2017 order (ECF No. 56), Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust ("U.S. Bank"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Canyon Gate Master Association ("Canyon Gate") (collectively, the "Parties") by and through their respective counsel of record, hereby agree and respectfully submit this stipulation as follows:

<u>Stipulated Amendment of Scheduling Order</u>

**1.     Statement of Discovery Completed**

Discovery closed in this matter on July 31, 2017. Due to outstanding discovery disputes between the parties, U.S. Bank filed motions to extend the discovery deadline and to compel production of documents by Canyon Gate. The Court heard these motions on November 2, 2017, and granted U.S. Bank's motion to compel. [ECF No. 56.] The Court ordered Canyon Gate to produce the requested documents within two weeks, and ordered the parties to conduct a deposition of third-party Kirby Gruchow by no later than January 2, 2018. [*Id.*] The Court

1 ordered dispositive motions to be filed thirty days after the completion of the
2 deposition of Mr. Gruchow. [*Id.*]

3 Canyon Gate produced approximately 1000 pages of documents on December
4 20, 2017. U.S. Bank conducted a deposition of Kirby Gruchow on January 2, 2018.
5 Accordingly, pursuant to the Court's November 2, 2017 order, the remaining
6 deadlines are as follows:

7 (a) Dispositive Motions: August February 1, 2018.

8 (b) Pretrial Order: March 5, 2018 (suspended upon the filing of dispositive
9 motions until 30 days after decision on any dispositive motions).

10 Accordingly, all discovery has been completed in this matter.

**2. Discovery that Remains to be Completed**

Discovery has been completed, and the parties seek only additional time to prepare dispositive motions.

**3. The Reasons Why Remaining Discovery Was Not Completed**

The parties request additional time to prepare dispositive motions due to the substantial amount of additional discovery that was produced by Canyon Gate shortly before the deposition deadline for Mr. Gruchow. U.S. Bank received the deposition transcript for Mr. Gruchow on January 12, 2018, and requires additional time to review the documents produced by Canyon Gate in light of the deposition of its agent, Mr. Gruchow. Additionally, counsel for U.S. Bank is currently in trial in Nevada state court which is scheduled through February 2, 2018 in Case No. A-13-691690-C. The parties have also had some additional settlement discussions, although no agreement has been reached.

**4. Proposed Discovery Schedule**

The Parties stipulate and agree to the following proposed new deadlines:

(a) Dispositive Motions: Monday, February 5, 2018

(b) Pretrial Order: Wednesday, March 7, 2018 (suspended upon the filing of dispositive motions until 30 days after decision on any dispositive motions).

DMWEST #17414066 v1

5. **Trial**

No trial date has been set in this matter.

Respectfully submitted this 30th day of January, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ *Sylvia O. Semper* <br> Abran E. Vigil <br> Nevada Bar No. 7548 <br> Sylvia O. Semper <br> Nevada Bar No. 12863 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for U.S. Bank N.A., as Trustee* | By: /s/ *Diana S. Ebron* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

TYSON & MENDES, LLP

By: /s/ *Christopher A. Lund*
Christopher Ammon Lund, Esq.
Nevada Bar No. 12435
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
8275 S. Eastern Ave., Suite 115
Las Vegas, NV 89123

*Attorneys for Canyon Gate Master Association*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2018

3

DMWEST #17414066 v1