Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs. | Case No. 2:16-cv-02712-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF SUMMARY JUDGMENT.** |

DMWEST #17536558 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST; THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST; and JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK FA,<br><br>Counter/Cross-Defendants. |

Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust ("U.S. Bank"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Canyon Gate Master Association ("Canyon Gate") (collectively, the "Parties") by and through their respective counsel of record, hereby agree stipulate to an Order for an extension of time for U.S. Bank and SFR to file replies in support of their respective motions for summary judgment, [ECF No. 62, 63], filed February 5, 2018.

[Remainder of page intentionally left blank]

DMWEST #17536558 v1

1  The Parties request the extension to allow SFR and U.S. Bank additional time to fully reply to the oppositions filed in this matter and to adequately address the unique factual and legal issue presented by this matter. The original deadline for SFR and U.S. Bank to file their replies in support of their motions for summary judgment is March 12, 2018. The proposed deadline is Friday, March 23, 2018.

This is the Parties' first request for extension of this deadline, and the extension is not requested for delay or for any improper purpose.

Respectfully submitted this 12th day of March, 2018.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ *Sylvia O. Semper*<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for U.S. Bank N.A., as Trustee* | By: /s/ *Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of March, 2018.

DMWEST #17536558 v1