Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs. | Case No. 2:16-cv-02712-RFB-CWH<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN U.S. BANK, N.A., CANYON GATE MASTER ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED JULY 13, 2018** |

DMWEST #18175031 v1

| |
|---|
| 1  U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA,
2  N.A., SUCCESSOR TO LASALLE BANK, N.A.,
3  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU
4  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16
5  TRUST; THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE
6  TRUST; and JPMORGAN CHASE BANK, N.A., SUCCESSOR IN
7  INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE
8  CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A
9  WASHINGTON MUTUAL BANK FA,
10              Counter/Cross-Defendants. |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust ("U.S. Bank"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), and Canyon Gate Master Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1.  This action concerns title to real property commonly known as 8613 Canyon View Drive, Las Vegas, Nevada 89117 (the "Property") following a homeowner's association foreclosure sale conducted on March 20, 2014, with respect to the Property.

2.  As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061002-0001198 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3.  The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4.  This Stipulation in no way affects SFR's cross-claim against Dahn

Midora as Trustee for the Midora Trust Fund (the "former unit owner").

5. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20140421-0000739, 20161227-0002595, and 20170321-0001593 be, and the same hereby are, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on March 2, 2017 pursuant to this Court's Order [ECF No. 15] shall be discharged and released to the Ballard Spahr LLP Trust Account.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered July 13, 2018 [ECF No. 73];

10. This case shall remain open until such time as SFR resolves its pending cross-claim against the former unit owner; and

(*Remainder of Page Intentionally Left Blank*)

2

DMWEST #18175031 v1

11. Each party in this case number 2:16-cv-02712-RFB-CWH shall bear its own attorneys' fees and costs.

Dated: October 31, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ *Justin A. Shiroff*<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Justin A. Shiroff<br>    Nevada Bar No. 12869<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135<br><br>*Attorneys for U.S. Bank N.A., as Trustee* | By: /s/ *Diana S. Ebron*<br>    Diana S. Ebron, Esq.<br>    Nevada Bar No. 10580<br>    Jacqueline A. Gilbert, Esq.<br>    Nevada Bar No. 10593<br>    Karen L. Hanks, Esq.<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Dr., Suite 110<br>    Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

TYSON & MENDES, LLP

By: /s/ *Thomas E. McGrath*
    Christopher Ammon Lund, Esq.
    Nevada Bar No. 12435
    Thomas E. McGrath, Esq.
    Nevada Bar No. 7086
    8275 S. Eastern Ave., Suite 115
    Las Vegas, NV 89123

*Attorneys for Canyon Gate Master Association*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
DATED: November 1, 2018.

3

DMWEST #18175031 v1