DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST; THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE | Case No. 2:16-cv-02712-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST WITHOUT PREJUDICE** |

- 1 -

TRUST; and JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK FA,

Counter-Defendant/Cross-Defendants.

Cross-Defendants THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST ("Midora Trust") and DAHN MIDORA ("Midora"), personally, stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **8613 Canyon View Drive, Las Vegas, Nevada 89117, APN 163-05-711-029** ("Property"). The Midora Trust and Midora have been informed that the Property was sold on March 20, 2014 by the foreclosure sale conducted by Leach, Johnson, Song & Gruchow ("LJSG"), agent for Canyon Gate Master Association ("the Association"). The Midora Trust and Midora further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201404080000639 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC, the Midora Trust and Midora stipulate and agree that the Midora Trust and Midora shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

Dated this 10 day of December 2017.

KIM GILBERT EBRON

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 26 day of April, 2017.

THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST

DAHN MIDORA
*As Trustee for the Midora Trust Fund and as Dahn Midora, individually*
7600 Rainbow Blvd., Apt. 2059
Las Vegas, NV 89139
Phone: 213-400-0028
*Cross-Defendants*

- 2 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED this 11th day of December, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted:

_____ (10593
Diana Cline Ebron, Esq.    JACQUELINE GILBERT
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -