Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR16 Trust and Counter-defendant JPMorgan Chase, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02712-RFB-CWH<br><br>**STIPULATED DISCLAIMER OF INTEREST** |

DMWEST #18306080 v1

BALLARD SPAHR LLP
1980 Festival Plaza Drive Suite 900
Las Vegas, Nevada 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant, | |
| vs. | |
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR16 TRUST; THE MIDORA TRUST FUND, DAHN MIDORA, TRUSTEE OF THE TRUST; and JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST BY PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK FA, | |
| Counter/Cross-Defendants. | |

Counter-defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its counsel, Ballard Spahr LLP, and Defendant/Counter-claimant SFR Investments Pool 1, LLC ("SFR"), by and through its counsel, Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. The subject property is located at 8613 Canyon View Drive, Las Vegas, Nevada, 89117 (the "Property").

2. Chase assigned its interest in the Deed of Trust recorded as Clark County Document No. 20061002-0001198 to Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WAMU 2006-AR16, as reflected in the Assignment of Deed of Trust recorded on November 2, 2009, as Clark County Document No. 20091102-0000028. Chase does not claim any current right, title, or interest in the Property as it related to the Deed of Trust recorded as Clark County Document No. 20061002-0001198.

3. Chase reconveyed its interest in the Deed of Trust recorded as Clark County Document No. 20061117-0001470 on February 7, 2013, as reflected in the

2

DMWEST #18306080 v1

Substitution of Trustee and Reconveyance Deed Only recorded as Clark County Document No. 20130220-0001384. Chase does not claim any current right, title, or interest in the Property as it relates to the Deed of Trust recorded as Clark County Document No. 20061117-0001470.

4. Chase accordingly disclaims any right, title, or interest in the Property.

5. In consideration for Chase entering into the Stipulation, SFR agrees to dismiss Chase with prejudice from this case 2:16-cv-02712-RFB-CWH, with each party to bear its own fees and costs.

DATED this 11th day of December, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON. |
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135-2958 | By: /s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Counter-Defendant JPMorgan Chase, N.A.* | *Attorneys for Defendant/Counter-Claimant SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: December 20, 2018

3

DMWEST #18306080 v1